Anna Nemecek Kneis, plaintiff in error, v. Carl Kneis, defendant in error. Gen. No. 27,542.
Suit for divorce on the ground of cruelty. Bill dismissed for want

of equity. Error to the Superior Court of Cook county; the Hon. Charles A. McDonald, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Reversed and remanded with directions. Opinion filed October 3, 1922.

McDonnell & McDonnell, for plaintiff in error; S. B. McDonnell, Jr., of counsel. Anton Zeman, for defendant in error.

Mr. Presiding Justice Barnes delivered the opinion of the court.